

# NUMBER 13-20-00571-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CAMERON APPRAISAL DISTRICT,                                     Appellant,

v.

TRI-CITY HOTEL, LLC D/B/A
HAMPTON INN & SUITES HARLINGEN
AND HARLINGEN HOTELS, INC. D/B/A
HOLIDAY INN EXPRESS – HARLINGEN,                              Appellees.

### On appeal from the 197th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Justice Benavides**

Appellant Cameron Appraisal District filed a notice of appeal from the denial of its

plea to the jurisdiction. Appellees, Tri-City Hotel, LLC d/b/a Hampton Inn & Suites

Harlingen and Harlingen Hotels, Inc. d/b/a Holiday Inn Express Harlingen, have since filed a "Notice of Settlement" with the Court, informing us that all claims between the parties have been resolved. Accordingly, we dismiss the appeal and tax costs against appellant. *See* TEX. R. APP. P. 42.1.

GINA M. BENAVIDES
Justice

Delivered and filed on the
3rd day of February, 2022.